**13-2646 SKG**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 07 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

I.    **AFFIANT AND EXPERTISE**

1.    I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.  The information contained in this affidavit is based on information provided by Federal Bureau of Investigation ("FBI") Special Agents ("SAs") and Task Force Officers, Alcohol Tobacco and Firearms ("ATF") SAs, Baltimore Police Department ("BPD") officers (collectively, "agents"), and written reports about this and other investigations which I have received, directly or indirectly, from agents of the FBI and officers from BPD, review of recorded telephone calls initiated from a Maryland Department of Corrections Facility, and based on my experience and background.

2.    I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since July of 2004.  From January 2005 through May 2009, I was assigned to a Drug Squad in the Chicago Field Division.  In connection with my official FBI duties, I investigated criminal violations of the Controlled Substances Act.  I have received specialized training in the enforcement of federal narcotics laws, and I have been involved in all aspects of narcotics trafficking investigations, including (a) the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking; (b) surveillance; and (c) analysis of documentary and physical evidence.  Finally, I have testified in judicial proceedings and prosecutions for violations of federal narcotics laws.  While in Chicago, I also participated in numerous gang investigations assisting with the debriefing of informants, arrests, searches, monitoring of wiretaps, and interviews and interrogations.

3.      From June 2009 until September 2012, I was a member of the Attorney General's Protection Detail in Washington, DC.  During this assignment, I functioned as a protection agent for the Attorney General of the United States.  I am currently assigned to a HIDTA Safe Streets Task Force at the Baltimore Field Office of the FBI.  In my current assignment, I am responsible for investigating illegal gang and drug trafficking enterprises.

4.      I submit this affidavit in support of an application for a criminal complaint against Kevin CHATMAN charging him with unlawfully possessing a firearm and ammunition, in violation of 21 U.S.C. § 922(g)(1).

II.     PROBABLE CAUSE

5.      On October 28, 2013, the Baltimore Police Department (BPD) received a complaint that two individuals were either using narcotics or waiting to conduct a narcotics transaction in the 3300 block of Barrington Road, Baltimore, Maryland.  As a result, at approximately 12:22 p.m., officers were dispatched to the location.

6.      Upon their arrival, BPD Patrol Officers Fabien Milford and George Githara observed a white female sitting on a black vehicle and a white male standing near the trunk of the vehicle talking to CHATMAN.  The officers approached to investigate and in the course of their interaction, CHATMAN consented to a pat down of his person.  Officer Milford conducted the pat down of CHATMAN and recovered an RG model 14 .22 caliber revolver loaded with six rounds of ammunition from between his legs. The serial number on this firearm was obliterated.

7.      On the day of his arrest, CHATMAN told an investigating police officer that he had been holding the gun at his house for a third party and that, after his girlfriend found the gun at the house, he left the house with the gun to return it to the third party.

8.    Based the *Kelly Blue Book of Firearms,* I know that RG firearms are manufactured in Florida and that the RG revolver in question traveled across state lines before CHATMAN possessed it in Baltimore, Maryland.

9.    As shown in the following chart, CHATMAN has been convicted of at least eight felonies, and therefore is a prohibited person under 21 U.S.C. § 922(g)(1) (making it unlawful for any person "who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year" to posess a firearm):

| Date of Arrest | Charge | Disposition |
|---|---|---|
| 10/11/1998 | CDS: Poss-Not Marihuana | Guilty and given a sentence of 2 years, 2 years suspended, and supervised probation |
| 7/17/2001 | CDS-Manuf/Distr/Dispens-Narc-A | Guilty and given a sentence of 4 years, 3 years and 11 months suspended, and supervised probation |
| | VOP | Guilty and given a sentence of 2 years. |
| 9/14/2011 | CDS: Poss W/Int Manf/Distr/Dis | Guilty and given a sentence of 7 years, 6 years and 11 months suspended, and 3 years supervised probation |
| | VOP | Guilty and given a sentence of 2 years |
| 2/18/2002 | CDS-Unlawful Possession Etc | Guilty and given a sentence of 2 years, 1 year and 10 months suspended; 2 years supervised probation |
| | VOP | Guilty and given a sentence of 1 year |
| 2/22/2002 | CDS Unlawful Mfrg Dist Etc | Guilty and given a sentence of 10 years |
| 10/15/2011 | CDS: Possession | Guilty and given a sentence of 1 day |
| 2/8/2012 | CDS: Possess-Not Marihuana | Guilty and given a sentence |

3

| | | |
|---|---|---|
| | | of 1 year and 1 day confinement |
| 2/22/2012 | CDS-Poss W/I Manuf Dis/Disp-NA | Guilty and given a sentence of 10 years, 9 years suspended, and 3 years supervised probation |

III.   CONCLUSION

10.   Based on the information set forth in this affidavit, I submit that there is probable cause to believe that, on or about October 28, 2013, CHATMAN knowingly, intentionally and unlawfully possessed a firearm, in violation of 21 U.S.C. § 922(g)(1).


Special Agent Erika Jensen
Federal Bureau of Investigation


Sworn to before me this ___ day of November, 2013 at 11:55 hours.


The Honorable Susan K. Gauvey
United States Magistrate Judge

4